**No. 59135.**—The Dayton Company and Norman G. Jensen, Inc. *v.* United States, protests 152668–K and 159844–K (Minneapolis).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoices should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 59136.**—Aloha Noodle Factory et al. *v.* United States, protests 221861–K, etc. (Honolulu, T. H.).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of nori tsukudani similar in all material respects to that the subject of *Modern Food Products Co. et al.* v. *United States* (31 Cust. Ct. 121, C. D. 1556), the claim of the plaintiffs was sustained.

**No. 59137.**—Hugh C. Edmiston & Co. *v.* United States, protests 202177–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures the same in all material respects as those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59138.**—Goldscheider, Inc., et al. *v.* United States, protests 240123–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.